

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Shawn Lynn Johnson, Appellant

No. 06-22-00146-CR     v.

The State of Texas, Appellee

Appeal from the 413th District Court of Johnson County, Texas (Tr. Ct. No. DC-F202200318). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Shawn Lynn Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk